IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

IN RE: APPLICATION OF HANWHA AZDEL, INC. )
and HANWHA L&C CORP. FOR ASSISTANCE     )   Case No.: 13 mc 93004-MAP
BEFORE A FOREIGN TRIBUNAL               )

MAP 5-8-13 [~~PROPOSED~~] ORDER

Upon the Ex Parte Application of Hanwha Azdel, Inc. ("AZDEL") and Hanwha L&C Corp. ("HANWHA") for an order pursuant to 28 U.S.C. § 1782 directing certain entities located within this District to produce documents and provide testimonial evidence for use in an arbitration proceeding pending in Paris, France, it is, upon good cause shown:

ORDERED that upon entry of this Order, AZDEL and HANWHA, or their attorneys, are authorized to issue and serve subpoenas, in the form attached as Exhibit A to the Application, together with a copy of this Order, upon Crane & Co., Inc., pursuant to Rule 45 of the Federal Rules of Civil Procedure, compelling them to produce certain documents in connection with the pending proceeding in Paris, France; and it is further

ORDERED that AZDEL and HANWHA are authorized to issue and serve subpoenas and Notices of Deposition(s), together with a copy of this Order, compelling Crane and/or its employees to attend and give testimony at future depositions pursuant to Rule 30 of the Federal Rules of Civil Procedure; and it is further

ORDERED that the documents sought in the subpoena shall be produced within 30 days of the date of service of the subpoena or such other date as the parties may agree, and that the procedures applicable to any response or objection to the subpoena, or any other proceedings herein, shall be the procedures set forth in the Federal Rules of Civil Procedure; and it is further

**ORDERED** that Accurate Reporting of Springfield, Massachusetts, or its designee, is hereby appointed by the Court as a person or entity before whom deposition testimony is to be given pursuant to this Order; and it is further

**ORDERED** that pending full compliance with this Order and any other proceedings herein, the parties from whom discovery is sought, namely Crane & Co., Inc. shall preserve all documents and other evidence sought in the subpoena.

**ENTERED** this _8th_ day of _May_, 2013.

_Michael A. Ponsor_
United States District Judge