UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: APPLICATION OF HANWHA,      )
AZDEL, INC. and HANWHA L&C         )
CORP. FOR ASSISTANCE BEFORE A      )   Civil Action
FOREIGN TRIBUNAL                   )   No. 3:13-mc-93004-MAP

ORDER
October 29, 2013

PONSOR, D.J.

    Pursuant to the court's memorandum and order of this date granting the intervenor's motion to quash, it is hereby ordered that this case be closed.

    It is so ordered.

/s/Michael A. Ponsor
U.S. Distict Court Judge